UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**RAMADAN T SHABAZZ,**

Plaintiff,

v. **No. 4:26-cv-00232-P**

**ACE PROPERTY & CASUALTY INSURANCE COMPANY,**

Defendant.

# ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

On July 27, 2026, the United States Magistrate Judge issued Findings, Conclusions, and a Recommendation ("FCR") in this case. ECF No. 26. The FCR recommended that Defendant Ace Property & Casualty Insurance Company's Motion to Dismiss ("Motion") be granted. ECF No. 26. Plaintiff filed an objection to the FCR on August 3, 2026. ECF No. 27. Defendant filed a response to Plaintiff's objections on August 10, 2026. ECF No. 28. Plaintiff filed a reply to Defendant's response on August 12, 2026. ECF No. 33.

The Court has conducted a *de novo* review of the following:

1. The pleadings and record;
2. The FCR of the United States Magistrate Judge (ECF No. 26);
3. The Plaintiff's written objections to the FCR (ECF No. 27)
4. Defendant's written responses to Plaintiff's objections (ECF No. 28);
5. The Plaintiff's written reply to Defendant's objections (ECF No.33); and
6. The applicable law.

The Court, having conducted a *de novo* of the FCR in accordance with 28 U.S.C. § 636(b)(1), concludes that the findings and

conclusions of the Magistrate Judge are correct, and adopts them as the findings and conclusions of the Court. Plaintiff has failed to state a claim upon which relief can be granted. Fed. R. Civ. P. 12(b)(6).

Accordingly, it is **ORDERED** that Plaintiff's objection is **OVERRULED**, and the findings, conclusions, and recommendation of the Magistrate Judge are **ADOPTED**. There, Defendant's Motion to Dismiss (ECF No. 13) is **GRANTED**.

If a court determines that dismissal of a claim is appropriate, it should be with prejudice if amending the claim would be futile or "the plaintiff has alleged his best case." *Jones v. Greninger*, 188 F.3d 322, 327 (5th Cir. 1999); *see Schiller v. Physicians Res. Group, Inc.,* 342 F.3d 563, 566 (5th Cir.2003). Therefore, all claims against Defendant are **DISMISSED with prejudice.**

**SO ORDERED** on this **18th day of August 2026.**

Mark T. Pittman
UNITED STATES DISTRICT JUDGE